UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH GOLDITCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET, INC., GOOGLE, INC., and GOOGLE, LLC,<br><br>Defendants. | Case No. 1:20-cv-11142-DJC |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Judith Golditch, by and through her undersigned counsel, hereby dismisses this entire action effective upon filing, with prejudice, which dismissal does not require the Court's approval. *See*. Fed. R. Civ. P. 41(a)(1)(A)(i) (stating that a "…plaintiff may dismiss an action without a court order by filing notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."). Defendant has not served or filed an answer or motion for summary judgment in this action.

Dated: December 22, 2020						Respectfully submitted,

/s/ Edward L. Manchur
Edward L. Manchur (BBO #316910)
P.O. Box 3156
Peabody, MA 01960
Phone: (978) 333-1013
manchurlaw@gmail.com
***Counsel for Judith Golditch***

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 22, 2020.

/s/ Edward L. Manchur